RECEIVED
DEC - 1 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| BRIAN A. COWAN | CIVIL ACTION NO. 09-cv-1644 |
| VERSUS | JUDGE STAGG |
| MORGAN KEEGAN & CO., INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Stay and to Compel Arbitration (Doc. 11)** is **granted**, that Plaintiff, Brian Cowan, is directed to submit to arbitration all of his claims asserted in this case that he wishes to pursue, that this case is stayed, and that the Clerk of Court administratively close this case, subject to the right of any party to file a motion to reopen based on good cause.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _1st_ day of _December_, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE